**Michael Paul PUZEY, Petitioner–Appellant,**

v.

**WARDEN FCC ALLENWOOD, Respondent–Appellee.**

No. 16–6078

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Michael Paul Puzey, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Michael Paul Puzey, a federal prisoner, appeals the district court's order denying his motion to alter or amend the district court's prior order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Puzey v. Warden, No. 3:15–cv–00067–GMG–MJA, 2015 WL 7300549 (N.D. W. Va. Jan. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED